UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | No. 20 CR 402 |
| --- | --- |
| v. | Judge Martha M. Pacold |
| DAVID O. DIVIZIO | |

**STIPULATIONS**

## STIPULATION NO. 1

On September 30, 2019, the deposits of Parkway Bank were insured by the Federal Deposit Insurance Corporation.

SO STIPULATED AND AGREED
ON JULY 3, 2025

By:

_David Dillizio_
DAVID O. DIVIZIO
Defendant

_Joshua Adams_
JOSHUA ADAMS
PATRICK E. BOYLE
Attorneys for Defendant

_Mary Katherine McClelland_
MARY KATHERINE MCCLELLAND
IRENE HICKEY SULLIVAN
Assistant U.S. Attorneys

STIPULATION NO. 2

On January 22, 2020, the deposits of Byline Bank were insured by the Federal Deposit Insurance Corporation.

SO STIPULATED AND AGREED
ON JULY **3**, 2025

By:

DAVID O. DIVIZIO
Defendant

JOSHUA ADAMS
PATRICK E. BOYLE
Attorneys for Defendant

MARY KATHERINE MCCLELLAND
IRENE HICKEY SULLIVAN
Assistant U.S. Attorneys

## STIPULATION NO. 3

On September 5, 2020, the deposits of Fifth Third Bank were insured by the Federal Deposit Insurance Corporation.

SO STIPULATED AND AGREED
ON JULY 3 , 2025

By:

_David Divizio_
DAVID O. DIVIZIO
Defendant

_Joshua Adams_
JOSHUA ADAMS
PATRICK E. BOYLE
Attorneys for Defendant

_Mary Katherine McClelland_
MARY KATHERINE MCCLELLAND
IRENE HICKEY SULLIVAN
Assistant U.S. Attorneys